IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Criminal No: 3:10-00260-24 |
| ) | JUDGE HAYNES |
| MOHAMED SHARIF OMAR, ) | |

**DEFENDANT MOHAMED OMAR'S MOTION FOR PERMISSION TO JOIN MOTION FILED BY DEFENDANT MUSSE AHMED ALI OPPOSITION TO GOVERNMENT'S MOTION FOR STAY**

Defendant Mohamed Omar (24), by and through the undersigned counsel, moves this Honorable Court for permission to join the response filed by co-defendant Musse Ahmed Ali (Docket Entry No. 3251) as the opposition to the Government's Motion for Stay (DE 3240).

*[Handwritten annotation: ORDER. This motion is GRANTED. WJH 9/19/13]*

Respectfully submitted,

/s/ Erik R. Herbert
Erik R. Herbert #18698
222 Fourth Ave., North, Suite 100
Nashville, TN 37219
Phone: (615) 255-9595
Counsel for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document has been transmitted via the Court's electronic filing system to Assistant U. S. Attorney Van Vincent, 110 9th Ave., S. Suite A-961, Nashville, TN 37203 on this the 22nd day of August, 2013.

/s/ Erik R. Herbert
Erik R. Herbert