# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00260[24] |
| | ) | Judge Sharp |
| MOHAMED SHARIF OMAR | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendant Mohamed Sharif Omar's Renewed Motion to Reconsider Detention Order and Open Detention Hearing (Docket No. 3741) is hereby GRANTED.

The United States Marshal is DIRECTED to present Defendant Omar before an available Magistrate Judge as soon as practicable. The Magistrate Judge shall RELEASE Defendant under the terms and conditions previously imposed (Docket No. 3055 ), with leave to impose any additional terms or conditions that the Magistrate Judge deems appropriate to insure the safety of the community and Defendant's presence at all further proceedings. Said terms and conditions shall be explained to Defendant prior to his release.

It is SO ORDERED.

`

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE